UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARIS MILLER,<br><br>                           Plaintiff,<br><br>    -against-<br><br>U.S. POSTAL INSEPCTION SERVICE;<br>DAMIAN WILLIAMS,<br><br>                          Defendants. | 24-CV-0588 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 15, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge